IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| Buel Sauls and Elizabeth Sauls, | § § | |
| *Plaintiffs* | § § | |
| v. | § § § | |
| | § | CIVIL ACTION NO. 1:18-cv-00039- |
| Marc Jones Construction, LLC d/b/a Sunpro Solar and Todd Wooten, | § § § | MAC |
| *Defendants* | § § § § | |

### AFFIDAVIT OF MARC JONES

| | |
|---|---|
| THE STATE OF LOUISIANA | § § |
| PARISH OF ST. TAMMANY | § |

BEFORE ME, the undersigned authority, on this day personally appeared Marc Jones, who is personally known to me, and first being duly sworn according to law, upon his oath, duly deposed and said:

1. "My name is Marc Jones and I am a resident of Louisiana. I am over 18 years of age, I have never been convicted of a crime of moral turpitude, and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge as President and custodian of records for Marc Jones Construction, LLC ("MJC") and are true and correct.

2. The document attached as Exhibit 2 to Defendant's Motion to Compel Arbitration and Dismiss was kept by MJC in the ordinary course of business, and it was the regular business practice of MJC for an employee or representative of MJC, with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. Exhibit 2 attached to the Motion is an exact duplicate of the original."

Further affiant sayeth naught.

Exhibit 3

_____
Marc Jones, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this 15th day of February, 2018.

_____
Notary Public in and for
the State of Louisiana

                CHAIS L. SWEAT
                NOTARY PUBLIC
                State of Louisiana
                Notary I.D. No. 144429
                LA Bar No. 34875
                My Commission is issued for Life.