# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| BUEL SAULS and ELIZABETH SAULS, § § § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 1:18-CV-39 |
| v. § | |
| § | JURY |
| MARC JONES CONSTRUCTION, § LLC, d/b/a SUNPRO SOLAR and § TODD WOOTEN, § | |
| Defendants. | |

## QUARTERLY STATUS REPORT

Pursuant to the Court's August 1, 2018 Order, Plaintiff provides the following status report in this matter: An arbitrator has been selected, and an arbitration hearing has been scheduled for September 19-20, 2019.

Respectfully Submitted,

By: */s/ Joe Muckleroy*
Clint Brasher
Texas Bar No. 24009915
clint@brasherattorney.com
Joe Muckleroy
Texas Bar No. 24065801
joe@brasherattorney.com
6430 Wellington Place
Beaumont, Texas 77706
(409) 832-3737 Telephone
(409) 832-3838 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March 2019, a copy of the foregoing has been served upon all counsel of record, as indicated below:

***VIA ELECTRONIC SERVICE***
Chais L. Sweat
MIDDLEBURG RIDDLE GROUP
909 Poydras St., Suite 1400
New Orleans, Louisiana 70112

*/s/ Joe Muckleroy*
Joe Muckleroy