IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BUEL SAULS and ELIZABETH SAULS,<br>      Plaintiff,<br><br>v.<br><br>MARC JONES CONSTRUCTION, LLC, d/b/a SUNPRO SOLAR and TODD WOOTEN,<br>      Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 1:18-CV-39<br>§<br>§  JURY<br>§<br>§<br>§<br>§ |

## QUARTERLY STATUS REPORT

Pursuant to the Court's August 2, 2018 Order (Document No. 15), Plaintiff provides the following status report in this matter: This matter is proceeding through arbitration administered by the American Arbitration Association, case number 01-18-004-0757. The arbitration hearing is currently scheduled for September 21, 2019.

Respectfully Submitted,

By: _____
Clint Brasher
Texas Bar No. 24009915
clint@brasherattorney.com
Joe Muckleroy
Texas Bar No. 24065801
joe@brasherattorney.com
6430 Wellington Place
Beaumont, Texas 77706
(409) 832-3737 Telephone
(409) 832-3838 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2019, a copy of the foregoing has been served upon all counsel of record, as indicated below:

Chais L. Sweat                                          **Via Facsimile: 504-581-5983**
MIDDLEBURG RIDDLE GROUP
909 Poydras St., Suite 1400
New Orleans, Louisiana 70112

                                                                                    _____
                                                                                    Joe Muckleroy