IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BUEL SAULS AND ELIZABETH SAULS | § § § | |
| V | § § | CIVIL ACTION NO. 1:18-CV-00039 |
| MARC JONES CONSTRUCTION, LLC D/B/A SUNPRO SOLAR | § § § | |

## MEDIATOR'S REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

IN accordance with the Court's Order, a mediation conference was held on July 23, 2019. The conference resulted in settlement. All parties and counsel were present.

SIGNED this 24th day of July, 2019.

/s/ *Kip Glasscock*
Mediator Kip Glasscock