| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| BUEL SAULS and ELIZABETH SAULS, | § § | |
| Plaintiffs, | § § | |
| versus | § § | CIVIL ACTION 1:18-CV-039 |
| MARC JONES CONSTUCTION, LLC, *d/b/a* SUNPRO SOLAR, and TODD WOOTEN | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#22), signed August 21, 2019, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 8th day of January, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE